No. 573. NATIONAL LABOR RELATIONS BOARD *v.* GISSEL PACKING CO., INC., ET AL.; and

No. 691. FOOD STORE EMPLOYEES UNION, LOCAL NO. 347, AMALGAMATED MEAT CUTTERS & BUTCHER WORKMEN OF NORTH AMERICA, AFL–CIO *v.* GISSEL PACKING CO., INC. C. A. 4th Cir. Certiorari granted. Cases consolidated and a total of two hours allotted for oral argument. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for petitioner in No. 573, and *Albert Gore* for petitioner in No. 691. *Lewis P. Hamlin, Jr.,* for respondent General Steel Products, Inc., in No. 573.

No. 585. SINCLAIR CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 1st Cir. Certiorari granted and case set for oral argument immediately following Nos. 573 and 691, *supra. Edward B. Schwartz* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent.